UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARNELL MOORE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-130-VBF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Court does correct an apparent typographic error in the Report & Recommendation, page 9:22, the reference to "count three" should be changed to "count two."

/ /

/ /

/ /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 23, 2009

_____
HON. VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge