JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARNELL MOORE,<br><br>Petitioner,<br><br>vs.<br><br>DEBRA DEXTER, Warden,<br><br>Respondent. | Case No. EDCV 08-130-VBF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 23, 2009

HON. VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge